# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

JAVIER DIAZ,

                Plaintiff,

v.

RESURGENT CAPITAL SERVICES
LIMITED PARTNERSHIP, and
CREDIT CONTROL, LLC.,

                Defendants.

Civil Action No. 12-cv-11281

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above entitled action, pursuant to the provisions of Fed. R. Civ. P. 41, hereby stipulate that said action be dismissed as to all counts and claims asserted by or against **Resurgent Capital Services Limited Partnership and Credit Control, LLC** with prejudice and without interest or costs, waiving all rights of appeal and/or rights to petition for attorneys' fees and/or expenses.

                Respectfully submitted,

/s/ Lawrence A. Wind
Lawrence A. Wind, BBO No. 675704
Law Office of Lawrence A. Wind
110 Lanark Road, Suite 9
Brighton, MA 02135
Tel. 617-206-1008
Lawrence@lawwind.com

/s/ Jennifer L. Markowski
Jennifer L. Markowski, BBO#655927
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210-2261
Phone: (617) 951-2010
Fax: (617) 235-3555
Email: jmarkowski@peabodyarnold.com

Attorneys for Plaintiff
Javier Diaz

Attorneys for Defendant,
Credit Control, LLC and Resurgent
Capital Services Limited Partnership

Dated:  March 13, 2013

## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer L. Markowski, counsel for defendant, Credit Control, LLC, hereby certify, that I have this date, served the within document by causing a copy thereof, to be sent electronically to the registered participants in this case, if any, as identified on the Notice of Electronic Filing (NEF) and paper copies mailed, first class mail, postage prepaid to any non-registered participants in this case.

<u>/s/ Jennifer L. Markowski</u>

PABOS2:JMARKOW:784186_1